IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHNNIE SWANS, #108928                                                    PETITIONER

VERSUS                                              CIVIL ACTION NO.  5:05cv208DCB-JCS

STATE OF MISSISSIPPI AND JIM HOOD                          RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 13th day of December, 2005.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE